IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:                              *

    AUBRY DAVIS,                  *      Case No: 17-02509-JCO

    Debtor.                       *

## SECOND MOTION TO MODIFY PLAN POST-CONFIRMATION

Comes Now, the Debtor, by and through the undersigned counsel, and files this Second Motion to Modify Plan post-confirmation, and states as follows;

1. Debtor filed his Chapter 13 petition on July 6, 2017.

2. An amended order confirming plan was entered on May 3, 2018 with payments in the amount of $182.00 and unsecured claims to be paid 2.42% pro-rata.

3. The first amended plan was filed to accomplish the surrender of two tractor trailer trucks that the Debtor had relied upon to fund his household income. He was unable to continue operating the trucks after his certified driver found other employment.

4. Debtor's only source of income is his Social Security benefits.

5. An order granting relief from stay as to the homeplace was entered after the Debtor had insufficient income to sustain his mortgage payment on his limited income.

6. Orders sustaining the objection to the ad valorem claims were also entered.

7. Debtor maintains that the present and the proposed payment amounts are not feasible based on his benefits income.

8. Debtor has continued to make plan payments in the amount of $100.00 since the first filed plan while he adjusted his budget to another residential location.

Page **1** of 3

9. He files this motion to modify to reduce the payment to $110.00 per month for the duration of the plan. He also seeks to extend the period by 6 months. This Amended Plan would cover the secured claims and remaining fees, and further reduce the percentage available to unsecured claims.

10. Debtor requests a hearing on the matter.

WHEREFORE, Debtor requests that the Court enter an order modifying his plan to an amount that will be feasible to pay on his fixed household income, and for any other and appropriate relief.

Respectfully Submitted,

s/ Hendrik S. Snow
HENDRIK S. SNOW (SNOWH8756)
SNOW LAW FIRM P.C.
50 Saint Emanuel Street
Mobile, AL 36602
(251) 380-8108 phone
(251) 380-8109 fax

## CERTIFICATE OF SERVICE

I certify that this pleading has been served upon the Bankruptcy Trustee Daniel O'Brien on this 18th day of August 2018 by filing with the U.S. Bankruptcy Court CM/ECF and upon all creditors who filed claims by first class mail, postage prepaid, as follows;

Cavalry SPV I LLC
Bass & Assoc. PC
3936 E Ft. Lowell Rd., Ste 200
Tucson, AZ 85712

Covington Credit Al  AL0024
c/o Southern Management
PO Box 1947
Greenville, SC 29602

Ditech fka Green Tree Servicing LLC
Po Box 6154
Rapid City, SD 57709

Horwith Trucks Inc.
PO Box 7, Route 329
1449 Nor-Bath Blvd.
Northampton, PA 18067-0007

Kim Hastie Revenue Commissioner
PO Drawer 1169
Mobile, AL 36633-1169

Merrick Bk
Attn: Resurgent Capital Srvcs
P.O. Box 10368
Greenville, SC 29603-0368

Midland Funding
PO Box 2011
Warren, MI 48090

One Main Financial
PO Box 1251
Evansville, IN 47731-3251

Portfolio Recovery Associates LLC
P.O. Box 41067
Norfolk, VA 23541

Republic Finance Bk Center
1140 Roma Ave.
Hammond, LA 70403

SFC-Central Bankruptcy
PO Box 1893
Spartanburg, SC 29304-1893

    s/ Hendrik S. Snow
HENDRIK S. SNOW

Page **3** of **3**

Case 17-02509    Doc 83    Filed 10/02/18    Entered 10/02/18 14:21:25    Desc Main
                    Document    Page 3 of 3